UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANCIS OCANSEY,  *Plaintiff*,  v.  CROWN ASSET MANAGEMENT LLC,  *Defendant*. | Civil Action No. 17-4555  ORDER |

**ARLEO, UNITED STATES DISTRICT JUDGE**

**THIS MATTER** having coming before the Court by way of Plaintiff Francis Ocansey's ("Plaintiff") request to proceed in forma pauperis, ECF No. 1;

and the Court finding that Plaintiff has adequately alleged indigence and an inability to prepay court fees;

**IT IS** on this 29th day of September, 2017,

**ORDERED** that Plaintiff be permitted to proceed without prepayment of fees or costs, in accordance with 28 U.S.C. § 1915(a); and it is further

**ORDERED** that the Clerk shall file the Complaint without prepayment of the filing fee; and it is further

**ORDERED** that the Clerk shall issue a summons and the U.S. Marshal shall serve a copy of the complaint, summons, and this order upon Defendant as directed by Plaintiff.  All costs of service shall be advanced by the United States.

*/s Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**